DigiSigner Document ID: 8be0af5e-ff96-4e4f-a119-75a23452c524



EXHIBIT 1

# CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

## Business Debt Resolution and Settlement Agreement

This Business Debt Resolution and Settlement Agreement, including all documents contained herein and incorporated now by reference, (hereinafter the "Agreement"), is made by and between Corporate Client Solutions LLC, a Florida Liability Company ("Corporate Client Solutions LLC" or "Company" or "we") located at 1880 North Congress Ave, Suite 211, Boynton Beach, Florida, phone 888-773-3199), and ____Logan Gardens, Inc.____ ("Client" or "you" or "your") with its principal place of business located at 1 Peachtree Hills Ave Ste 506, Atlanta, GA, 303. This Agreement will not be effective until Company receives a properly signed or authenticated copy of all required documents from you. This date on which this occurs shall be referred to as the "Effective Date." You may sign or initial this Agreement manually or electronically.

1. **OUR RESPONSIBILITIES**: You have informed us that your business is currently struggling with debt that you cannot sustain and is entirely unaffordable to you. You have confirmed that the debt at issue is solely business-debt, and not personal or consumer debt. Accordingly, we have committed to work in good faith to resolve each of the debts listed in the attached Schedule of Enrolled Debts by negotiating settlements directly with your creditors and we will also provide business consulting services to the Client relating to its present and future debts. We will respond within a reasonable time to each of your inquiries and communications.

   A. **Progress**: We will strive to keep you reasonably well-informed of our efforts on your behalf and advise you if we become aware of any significant changes in creditor policies or other factors that may materially affect the good faith estimates we have made in connection with the timing or amount of any settlement.

   B. **Duration of Program**: We have estimated that a period of __68__ weeks will be sufficient to fully resolve your debts; however, the actual duration of your program may vary depending upon such factors as: (1) your regular deposits into your dedicated settlement account, as described in more detail below; and (2) your creditors' willingness to settle your debts.

   C. **Verification of Enrolled Debt**: The enrolled debts listed in the Schedule of Enrolled Debts may not reflect the actual current debts owed to each of your creditors as a result of accrued interest, late fees, penalty fees, etc. We may, in our sole discretion, contact your creditors to verify the exact amount owed as of the Effective Date. If we determine that the amount actually owed to any creditor on the Effective Date differs from the amount set forth in the Schedule of Enrolled Debts, you agree that the amount shall be deemed restated to reflect the actual amount of the debt as of the Effective Date, with the newly verified amount established as binding and also governing retroactively as if it had appeared thereon from the very beginning.

   D. **Outside Providers**: Client understands and agrees that we may utilize, at our discretion, the services of outside providers, including but not limited to attorneys, to assist with our attempted settlement and negotiation services. Client understands that any law firm hired or so utilized by Corporate Client Services LLC will be deemed the attorneys of the Company, and shall not be considered to have been retained directly by the Client.

2. **YOUR RESPONSIBILITIES**: You agree to respond promptly and honestly to all of our requests and assist us as necessary to verify your Enrolled Debt. You further agree to notify us immediately if any of your contact information should change or if you receive a settlement offer directly from any of your c reditors. If we notify you of a potential settlement offer, you agree to consider i t promptly and in good faith.

Page | 1 of 12

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

A. **Program Deposits**: Beginning on ___7/3/2020___, you will deposit _$1,601.86_ per week from your primary bank account into a dedicated FDIC-insured account ("Settlement Account") established with EPPS. The Settlement Account shall be for the exclusive purpose of collecting funds for settlement payments and our fees. You will, at all times, own and control the Settlement Account, the account terms and conditions of which will be set forth in a separate agreement between you and EPPS. As more fully set forth in Paragraph 4 below, the total of these payments reflects the sum of (i) Corporate Client Services LLC's fees and (ii) the amount estimated to be sufficient to settle the debts listed in the Schedule of Enrolled Debts.

B. **Payments for Frontline Legal Services**: If you have, at the time of the making of this Agreement, chosen to additionally purchase and participate in the Frontline Legal Service Membership Legal Plan (the "Legal Plan"), then you also hereby authorize Corporate Client Services LLC to administer your payments for the Legal Plan by (i) causing EPPS to draft your Legal Plan payments from your primary business bank account, and (ii) cause EPPS to remit payment of your Legal Plan payments directly to Frontline Legal Services, LLC.

C. **Your Representations, Agreements & Acknowledgements**: By your execution of this Agreement, you are representing to us, and acknowledging your understanding of, the following matters:

(i) **Unsecured Business Debt**: Each of the Enrolled Debts is unsecured business debt, and owed by you to the listed creditor in the amount listed on the Schedule of Enrolled Debts. If Corporate Client Services LLC discovers that an enrolled Debt is secured or is a consumer/personal debt, such Debt will be unenrolled and removed from the program without any liability on the part of Company.

(ii) **No Assumption of Debt and No Payments Made on Your Behalf**: You acknowledge that we are not liable for and will not assume any debt on your behalf, or make payments to your creditors from any source of funds other than your Settlement Account as specified in paragraph 2A, above..

(iii) **Additional Loans**: You agree not to incur any additional loans after the Effective Date. This Agreement covers only the obligations listed in the Schedule of Enrolled Debts.

(iv) **Effects of Participation in a Debt Resolution Program**: Failing to make your minimum monthly payments to your Creditors may be breaking the terms of agreements with your Creditors, and (a) will likely adversely affect your creditworthiness, credit report, and credit score, and (b) may lead creditors to increase finance charges, add late fees, and pursue litigation or other legal collection actions. You agree to promptly notify company in writing of any such activity by any of your creditors. Forgiveness or cancellation of some or all of a Debt, and the amount of such forgiveness or cancellation may have tax consequences and you should bring such matters to the attention of a tax professional.

D. **Advice Rendered**: You agree that Corporate Client Services LLC does not provide legal, tax, or bankruptcy advice.

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

3. **RESOLUTION OF YOUR DEBT**

   A. **Settlement Offers**: We have structured the payments into your Settlement Account to reflect 42% of the debt enrolled, as enumerated in the attached Schedule of Enrolled Debts. We will usually, however, begin making negotiated settlement offers to your creditors only after the accrued funds in your settlement account exceeds 20% of each debt.

   B. **Responding**: We often make more than one offer before achieving a settlement. Once we receive a settlement offer, we will contact you to confirm your acceptance, except as set forth in sub-paragraph "F" below. It is critical that you make yourself available to quickly respond to our communications regarding proposed settlements.

   C. **Inactive Debts**: Some creditors may write off Client's debt, in which case Client would save the entire amount owed. However, creditors will not typically confirm that they have written off a debt. Therefore, if any creditor makes no attempt to collect for any one hundred and twenty (120) day period after the initial contact from CCS, CCS will cease its settlement efforts on that debt and the debt will be deemed as having been settled for $0.00 and will thus be specified to be an "Inactive Debt". CCS will initiate at least five (5) separate settlement attempts to a creditor before a debt is deemed inactive.

   D. **Reactivated Debts**: If a creditor whose debt has been deemed "Inactive" subsequently resumes collection efforts (i.e., a "Reactivated Debt"), CCS may then resume settlement efforts, and will do so if and only if (i) Client maintained payments to CCS during the "Inactive" period, and (ii) Client has funds available to resolve the Reactivated Debt.

   E. **Disbursement of Funds**: Client hereby authorizes CCS to disburse funds to Client's creditors, consistent with the terms and conditions of any settlement agreement negotiated by CCS on behalf of client and then entered into between Client and Creditor.

   F. Client hereby authorizes CCS to negotiate settlement agreements with Client's creditors and, further, to unilaterally conclude terms and execute those agreements where CCS has negotiated a final settlement of fifty percent (50%) or less of an enrolled debt.

4. **FEES:**

   A. **Settlement Fee**: Company charges a settlement fee of 25% of the amount on the Effective Date of each debt as reflected in the Schedule of Enrolled Debts, and a weekly/monthly administrative account maintenance fee of $25. This administrative maintenance fee is not included in the 25% settlement fee, and will not be used toward payments to creditors. Similarly, all fees payable to EPPS are separately charged by EPPS, are not included in the fees paid to Corporate Client Services LLC, and will not be used to pay your creditors. Note that pursuant to the terms of this Agreement, the total of the payments into your dedicated Settlement Account represents 75% of the debt you have enrolled as enumerated in the Schedule of Enrolled Debts. These payments are divided as follows: 25% (Corporate Client Services LLC's fees) and 50% (amount estimated to settle all debts in the Schedule of Enrolled Debts) for a total of 75%. The settlement fees payable to Corporate Client Services LLC are collected and paid over the first two thirds of your Program Duration, with the remainder of all payments, minus nominal banking and administrative fees, accumulating in your dedicated Settlement Account for the purpose of paying settled debts. You understand and agree that the fees due to Corporate Client Services LLC are due and payable on each debt enrolled in the Schedule of Enrolled Debt even if a creditor offers to settle any

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

such debt directly with you. If you directly negotiate with, enter into a settlement agreement with, make payment to, or withdraw a creditor from this Program, Corporate Client Services LLC shall be entitled to a fee of twenty percent (25%) of the balance then owing to that creditor, and the creditor shall be immediately removed from the program. You also understand that the 50% amount to set aside towards settlements is simply an estimate and that you may ultimately need to set aside more or less funds depending on the willingness of your creditors to settle the subject debts.

**B.    Direct Debit Authorization:** You expressly authorize debits to be made from your Settlement Account for the purpose of paying Corporate Client Services LLC's fees as calculated and set forth in this Agreement. Per the terms of this Agreement, Client authorizes fee payments to Corporate Client Services LLC from Client's Settlement Account in accordance with the provisions set forth in this Agreement. Client understands that such debits will be for the payment of Corporate Client Services LLC's fees in connection with the resolution of my debts. This authority will remain in effect until all debts are settled or the final payment of any earned but unpaid settlement fees owing to Corporate Client Services LLC.

**C.    Payment Changes:** Client acknowledges that under no circumstance can it reschedule, skip, change, or cancel a scheduled payment if Client has a settlement or restructure in place that is dependent on the scheduled payments into its account.

**D.    Non-Refundable Fees:** If Client chooses to cancel their participation in the Program, all Program Fees remitted by Client prior to and including their date of cancellation are deemed earned and non-refundable, and all banking fees, and administrative fees attendant to processing banking fees, are likewise deemed non-refundable.

**E.    Fees Owed To CCS** If fees are due and owing to CCS and Client has not arranged acceptable repayment terms directly with CCS, then CCS may offset and collect any such owed fees from Client's EPPS account, in addition to all other remedies set forth in this Agreement and/or in any other agreements or writings between CCS and Client, and as allowed by law.

5. CANCELLATION AND TERMINATION:

    **A.    Cancellation:** you may cancel this agreement, for any reason, without penalty or obligation, by notifying Corporate Client Services LLC, in writing, within 3 days from the date you signed this agreement. If you cancel within the required time frame, Corporate Client Services LLC, or its representatives, will return any payment made by you under this agreement, within thirty (30) days after the date of receipt of your cancellation notice.

    **B.    Termination for Cause or No Cause:** In the event that you fail to make any payment required by this Agreement, fail to approve a settlement that we advise in good faith is in your best interests, or otherwise fail to discharge any of your obligations, or for any other reason or no reason, **CCS** has the right to terminate this Agreement upon five (5) days' written notice (which may be electronic) to you, without any further obligation or liability to you.

6. MINIMUM PERFORMANCE STANDARD

Corporate Client Services LLC has set a Minimum Performance Standard for each debt enrolled under this Agreement. Corporate Client Services LLC sets a minimum target debt reduction of thirty-five percent (35%) of the amount owed on each debt (i) at time the Agreement is executed, or (ii) the amount of debt subsequently

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

verified by Corporate Client Services LLC, whichever is greater. If we are unable to meet this target debt reduction in the event of debt settlement, Corporate Client Services LLC will refund the share of our services fees for work on this individual debt.

A. **Terms and Conditions Affecting Minimum Performance Standard:**

   i. Client must be in complete compliance with Corporate Client Services LLC under the terms of this Agreement.
   ii. Client's payments to Corporate Client Services LLC must be current
   iii. Client may not be entitled to a refund if Client is unwilling or unable to accept a proposed settlement at a reduction of thirty-five percent (35%) of enrolled debt at time that settlement is negotiated by Corporate Client Services LLC.

B. **Minimum Performance Standard Does Not Apply to the Following Types of Debt:**

   i. Any debt with a balance of less than five-thousand dollars ($5,000.00) at the time of this Agreement's execution;
   ii. Any debt which is subject to a lawsuit at the time of this Agreement's execution or at any time thereafter, or debt upon which a Judgement by Confession is entered;
   iii. Any debt with a credit union. Corporate Client Services LLC will endeavor to settle such debts on behalf of Client on the best terms possible, but cannot guarantee that such settlements will meet the Performance Standard.
   iv. Debts that are eliminated and/or discharged by a creditor or become uncollectable as a result of Corporate Client Services LLC's strategies shall be considered approved settlements, and will not be subject to any refund;
   v. Any debt that is forwarded by Client to Frontline Legal Services LLC.

7. **DISCLAIMER:**

Corporate Client Services LLC does not have the ability to prevent creditors from calling debtors, nor can the Company provide legal services and/or represent Clients in legal proceeding. Clients may be sued by their creditors for nonpayment and Clients must take this into consideration when determining whether or not they choose to enroll in Corporate Client Services LLC's debt settlement program. Services provided by the Company aim to negotiate down the Client's outstanding debts with Creditors, the Company cannot prevent a creditor from taking legal action against Client, and the Company cannot offer any guarantees whatsoever that legal actions may not be initiated by the Client's creditors. Client acknowledges its understanding that creditors are under no legal obligation to accept settlement offers from a debt settlement company. In the event that a creditor commences legal action against Client, Client agrees to immediately notify Corporate Client Services LLC of said action, and hold harmless and fully indemnify Corporate Client Services LLC from any and all such creditor actions. The debt settlement and negotiation process should only be used in the event of legitimate financial hardship. If Client has sufficient income to reduce Client's debt obligations on its own by reducing the outstanding balances with payments in excess of the minimums, Client is encouraged to do so. If Client has questions about bankruptcy, it should consult an attorney. It is the responsibility of Client to provide the Company with any and all requisite financial information. Client agrees to indemnify and hold harmless the Company and its Principals from any and all liability incurred by the Company based on any false or misleading information provided by Client. Client acknowledges and fully understands that Company will not be making Client's scheduled monthly payments to its creditors. Client acknowledges that all telephone calls between the

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

Client and the Company may be recorded for quality and training purposes. This section shall survive termination.

8. **ADDITIONAL PROGRAM PROVISIONS:**

   A. **Governing Law:** Unless otherwise set forth herein or required by the law of your state, this Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

   B. **Severability and Waiver:** If any provision of this Agreement is found to be invalid or unenforceable, the remainder of this Agreement shall not be affected and the remaining terms will continue in effect and be binding on the parties, provided that such holding of invalidity or unenforceability does not materially affect the essence of this Agreement. The failure by either party herein at any time to enforce any provision of or any right under this Agreement will not be construed to be a waiver of such provision(s) or right(s), nor shall the failure by either party herein to exercise any right(s) or option(s) under this Agreement preclude or prejudice the exercising of such right(s) or any other right(s) under this Agreement or in any way affect the validity of this Agreement.

   C. **Notice:** Any notice or demand which is required or provided to be given under this Agreement shall be deemed to have been given and received for all purposes when delivered by hand, email or nationally recognized overnight courier, or five days after being sent by certified or registered mail, postage and charges prepaid, return receipt requested, to the person and at the address given in the first paragraph of this Agreement.

   D. **Assignment:** Client may not assign or transfer any of your rights or obligations under this Agreement, and any attempt to assign or transfer such rights or obligations will be null and void. CBO may assign this Agreement without Client's consent.

   E. **Complete Agreement; Modification and Amendment of Terms:** This Agreement represents the complete and exclusive statement of our mutual understandings and supersedes all previous written and oral agreements and communications relating to the terms of our relationship. Other than as set forth herein, this Agreement may only be modified or amended by a writing signed by both of us. **No verbal promises including any of performance have been made or agreed to by the parties other than stated herein.**

   F. **Indemnification and Hold Harmless.** Client hereby irrevocably agrees to defend and hold harmless Company and any supporting servicers and consultants from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's debts and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

Agreement.

G. **Limitations on Damages.** Liability under this Agreement or under any theory of liability regarding any claim by the Client is limited to the amount of fees paid by Client and received by Company. The Parties agree to be contractually bound to such limitation on any damages, and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

H. **Information Authorization.** Client hereby authorizes Company to verify past and present bank accounts and any other asset balances that are needed to provide the requested services. Importantly, this Agreement does not provide any form of credit repair, credit score or D&B enhancement, or legal or tax advice, so any information obtained by Company can't be used for those purposes.

I. **Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client and the undersigned person who signs this Agreement consent to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client and the undersigned may contact Company at any time to opt-out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

J. **Privacy**: It is the policy of the Company to maintain the privacy and confidentiality of all Client documents, data and information unless such are needed to be shared or disclosed with third parties to effectuate or provide the services called for in this Agreement, or to respond to lawful process. The Company maintains electronic and physical safeguards over all client information. The Company may, in its sole discretion, use the information provided to identify and offer additional services or products to the Client through itself or third parties, including affiliated companies.

9. **DISPUTE RESOLUTION BY BINDING ARBITRATION:**

    <u>Arbitration and Choice of Law</u>: This Agreement shall be governed by the laws of the State of Florida, without regard to any Conflict of Law provisions thereunder. In the event of any controversy, claim, or dispute between the parties arising out of or relating to this Agreement, the parties agree to resolve all issues solely through the use of binding Arbitration, governed by the rules of the American Arbitration Association ("AAA") or other mutually agreeable neutral party. Any such Arbitration shall take place in Monmouth County, Florida and shall be conducted by a mutually agreed upon Arbitrator. The Arbitrator shall be neutral, independent, and shall comply with the AAA code of ethics. The arbitrator or arbitration panel shall have the exclusive and sole authority to resolve any dispute relating to the interpretation, applicability, enforceability, conscionability or formation of this Agreement and of this arbitration requirement. The award rendered by the Arbitrator shall be

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE, SUITE 211
BOYNTON BEACH, FL, 33426
888-773-3199
WWW.CORPCLIENTSERVICES.COM

final, binding on all parties, and not challengeable or subject to vacation or modification. Judgment on the award made by the Arbitrator may be entered into any court having jurisdiction over the parties. If either party fails to comply with the Arbitrator's award, the injured party may petition a Court having jurisdiction over the parties, sitting in law, in equity, or both, for enforcement. The parties further agree that either party may bring claims against the other only in it's the claiming party's individual capacity and not as a Plaintiff or Class Member in any purported class action or representative proceeding. Further, the parties agree that the Arbitrator may not consolidate proceedings of more than one party's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of Arbitration, equally, but each party's Arbitration costs shall not include the other party's attorney's fees. In the event that a party fails to proceed with Arbitration, unsuccessfully challenges the Arbitrator's award, or fails to comply with the Arbitrator's award, the other party shall be entitled to costs of suit, including reasonable attorneys' fees for having to compel Arbitration or defend and/or enforce the award. This section and the arbitration requirement shall survive termination.

Client represents that it has read, understands and agrees to be bound by the terms of this Debt Resolution and Settlement Agreement as set forth above and in the documents incorporated in this Agreement. Client further acknowledges that the terms and conditions of this Agreement have been explained to Client's satisfaction by a representative of Corporate Client Services LLC, and that Client has no unanswered questions about the program or this Agreement.

Agreed to this __23rd__ day of _____June_____ ,20 _20_

_William Logan_
**Signature of Client**

**CORPORATE CLIENT SERVICES LLC**

By:_____

Its: _____

_____
**Signature of Co-Client**

## CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

| | Schedule of Enrolled Debts | |
|---|---|---|
| **Balance of Debt** | **Creditor name** | **Account Number or ID Information** |
| 1. $138,164.27 | Rapid Finance | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

## CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

## Payment Schedule

**Total Enrolled Debt:** $138,164.27
**Estimated Settlement Amount:** $69,082.13        **Total Estimated Savings:** $29,237.92
**Total Service Cost:** $34,541.07
**Total of All Program Payments:** $108,926.35

| Draft # | Total Draft | Frontline Fee | Bank Fee | Admin Fee | Settlement Reserves | Service Cost | Draft Due Date |
|---|---|---|---|---|---|---|---|
| 1 | $1,499.00 | $1,499.00 | $0.00 | $0.00 | $0.00 | $0.00 | 6/26/2020 |
| 2 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 7/3/2020 |
| 3 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 7/10/2020 |
| 4 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 7/17/2020 |
| 5 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 7/24/2020 |
| 6 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 7/31/2020 |
| 7 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 8/7/2020 |
| 8 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 8/14/2020 |
| 9 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 8/21/2020 |
| 10 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 8/28/2020 |
| 11 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 9/4/2020 |
| 12 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 9/11/2020 |
| 13 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 9/18/2020 |
| 14 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 9/25/2020 |
| 15 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 10/2/2020 |
| 16 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 10/9/2020 |
| 17 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 10/16/2020 |
| 18 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 10/23/2020 |
| 19 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 10/30/2020 |
| 20 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 11/6/2020 |
| 21 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 11/13/2020 |
| 22 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 11/20/2020 |
| 23 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 11/27/2020 |
| 24 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 12/4/2020 |
| 25 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 12/11/2020 |
| 26 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 12/18/2020 |
| 27 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 12/25/2020 |
| 28 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 1/1/2021 |
| 29 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 1/8/2021 |
| 30 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 1/15/2021 |
| 31 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 1/22/2021 |

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 1/29/2021 |
| 33 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 2/5/2021 |
| 34 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 2/12/2021 |
| 35 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 2/19/2021 |
| 36 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 2/26/2021 |
| 37 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 3/4/2021 |
| 38 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 3/11/2021 |
| 39 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 3/18/2021 |
| 40 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 3/25/2021 |
| 41 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 4/1/2021 |
| 42 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 4/8/2021 |
| 43 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 4/15/2021 |
| 44 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 4/22/2021 |
| 45 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 4/29/2021 |
| 46 | $1601.86 | $24.75 | $3.24 | $25.00 | $763.85 | $785.02 | 5/6/2021 |
| 47 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 5/13/2021 |
| 48 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 5/20/2021 |
| 49 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 5/27/2021 |
| 50 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 6/3/2021 |
| 51 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 6/10/2021 |
| 52 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 6/17/2021 |
| 53 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 6/24/2021 |
| 54 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 7/1/2021 |
| 55 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 7/8/2021 |
| 56 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 7/15/2021 |
| 57 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 7/22/2021 |
| 58 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 7/29/2021 |
| 59 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 8/5/2021 |
| 60 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 8/12/2021 |

| Draft # | Total Draft | Frontline Fee | Bank Fee | Admin Fee | Settlement Reserves | Service Cost | Draft Due Date |
|---|---|---|---|---|---|---|---|
| 61 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 8/19/2021 |
| 62 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 8/26/2021 |
| 63 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 9/2/2021 |
| 64 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 9/9/2021 |
| 65 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 9/16/2021 |
| 66 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 9/23/2021 |
| 67 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 9/30/2021 |
| 68 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 10/7/2021 |
| 69 | $1601.86 | $24.75 | $3.24 | $25.00 | $1548.87 | $0.00 | 10/14/2021 |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |
| 74 | | | | | | | |
| 75 | | | | | | | |
| 76 | | | | | | | |
| 77 | | | | | | | |
| 78 | | | | | | | |
| 79 | | | | | | | |
| 80 | | | | | | | |
| 81 | | | | | | | |
| 82 | | | | | | | |
| 83 | | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |

The Savings Plan above is only an estimate of the amount needed for settlement.

Applicant Signature *William Logan*

Print Name William Logan    Date 06/23/2020

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

## LIMITED POWER OF ATTORNEY

STATE OF  GA                §
                            §   **KNOW ALL MEN BY THESE PRESENTS**
COUNTY OF  Fulton           §

**Permission Letter for Corporate Client Services LLC to Communicate with Creditors**

THAT _Logan Gardens, Inc._ ("Client"), of _Fulton_ County, _GA_, with a principal place of business at _351 Peachtree Hills Ave Ste 506, Atlanta, GA_, on this _23rd_ day of _June_, 20 _20_, does hereby make, constitute, and appoint **Corporate Client Services LLC**, its agents, and representatives its true and lawful Attorney-in-Fact with full power to communicate with Client's creditors for the purpose of assisting Corporate Client Services LLC in carrying out its obligations pursuant to the parties' Agreement. Client understands and agrees that this Durable Limited Power of Attorney does not represent an engagement of Corporate Client Services LLC for legal services, nor does it expand the scope of Corporate Client Services LLC's obligations under the parties' Agreement. It is solely to permit Corporate Client Services LLC to communicate with Client's creditors, to whom Client understands and agrees that Client remains primarily obligated.

As such, Client instructs and authorizes Corporate Client Services LLC:
1. To the full extent that Client is permitted, itself, to do so, to communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to Client's debts and the specific obligations that Corporate Client Services LLC has undertaken pursuant to Client's Agreement therewith. A copy of this document is as legally effective as the original.

2. Obtain records, debt validations and support for the debts allegedly owed on Client's behalf.

3. Communicate, negotiate and settle debts with Client's permission, assuming that Client has met all of Client's obligations under the Agreement. Client asserts that all of the information that Client has provided and will provide Corporate Client Services LLC is accurate, timely and correct.

4. Client understands and agrees that Corporate Client Services LLC is not authorized, nor will Client request or accept, any legal advice relating to Client's financial situation. All communications between Client's creditors, the parties listed above and Corporate Client Services LLC are with Client's express permission and instruction. Client understands that Corporate Client Services LLC is not a law firm, is not licensed to practice law or provide legal advice, and Client expressly agrees to waive, forgo, indemnify and defend any claim against Corporate Client Services LLC relating to the practice of law. Client understands that any creditor or collection activity, demands, or lawsuits are unrelated to Client's enrollment in the Corporate Client Services LLC debt settlement program, and would likely occur regardless of Client's participation in the program because Client is already in default or cannot pay Client's creditor obligations. Client's enrollment in the program will not serve to delay, defend or reduce those lawsuits and the program is solely a savings and negotiation program (as described in Agreement), not related to any creditor actions.

**CORPORATE CLIENT SERVICES LLC**
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

Logan Gardens, Inc.

Signature: *William Logan*

Name: William Logan

Title: Owner

Date: 6/23/2020

Page | 11 of 12

## CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVE STE 211
BOYNTON BEACH, FL 33426
WWW.CORPCLIENTSERVICES.COM

| | |
|---|---|
| Client name | William Logan |

| | |
|---|---|
| Bank name | Bank of America |
| Account type | Checking |

| | |
|---|---|
| Bank routing number | |

| | |
|---|---|
| Bank account number | **ATTACH COMPANY BUSINESS CHECK HERE** |

| | |
|---|---|
| Monthly payment amount: | |

| | |
|---|---|
| Term (No. of weeks/months): | |

| | | | |
|---|---|---|---|
| First debit date | 7/3/2020 | First debit amount | $1,601.86 |
| Monthly / weekly debit date | | | |

**Draft Authorization:** _Logan Gardens, Inc._ ("Company") hereby authorizes Corporate Client Services LLC to facilitate setting up Company's account with EPPS. Company hereby authorizes Corporate Client Services LLC to create drafts from Company's business bank account and into Company's dedicated Settlement Account with EPPS.

If, for any reason, a debit attempt made pursuant to this agreement is returned unpaid, Company authorize Corporate Client Services LLC to present the draft for payment up to two additional times.

Company fully understands the terms of this draft authorization.

Logan Gardens, Inc.
Signature: _William Logan_
Name: William Logan
Title: Owner
Date: 6/23/2020

Page | 12 of 12



# Audit Trail

DigiSigner Document ID: 8be0af5e-ff96-4e4f-a119-75a23452c524

## Signer

Email: bill@logangardens.com
IP Address: 2603:3001:fc:c000:61f5:6694:f216:89b3

Email: bill@logangardens.com
IP Address: 2603:3001:fc:c000:61f5:6694:f216:89b3

Email: bill@logangardens.com
IP Address: 2603:3001:fc:c000:61f5:6694:f216:89b3

Email: bill@logangardens.com
IP Address: 2603:3001:fc:c000:61f5:6694:f216:89b3

## Signature

*William Logan*

*William Logan*

*William Logan*

*William Logan*

| Event | User | Time | IP Address |
|---|---|---|---|
| Upload document | digisign@leadtrac.net | 06/23/2020 3:55:13 PM EDT | 64.22.152.61 |
| Send for signing | digisign@leadtrac.net | 06/23/2020 3:55:15 PM EDT | 64.22.152.61 |
| Open document | bill@logangardens.com | 06/23/2020 3:57:40 PM EDT | 2603:3001:fc:c000:61f5:6694:f216:89b3 |
| Sign document | bill@logangardens.com | 06/23/2020 3:58:22 PM EDT | 2603:3001:fc:c000:61f5:6694:f216:89b3 |
| Close document | bill@logangardens.com | 06/23/2020 3:58:22 PM EDT | 2603:3001:fc:c000:61f5:6694:f216:89b3 |