IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| Small Business Financial Solutions, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLS 21-811 |
| Corporate Client Services, LLC, | * | |
| Defendant. | * | |
| | * * * | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 13th day of February 2023, hereby **ORDERED** that Defendant's Motion to Dismiss, (ECF No. 56), is **GRANTED.**

1. The Defendant's Motion to Dismiss Count I (Section 310.4(a)(5)) is **GRANTED**. Count I is **DISMISSED WITHOUT PREJUDICE**.

2. The Defendant's Motion to Dismiss Count II (Tortious Interference with Contract) is **GRANTED**. Count II is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to close the case.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge